# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF: T. M., JR., A MINOR 19 YEARS OF AGE.

No. 81266

T. M., JR.,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

**FILED**

NOV 25 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order certifying appellant to stand trial as an adult. Eighth Judicial District Court, Family Court Division, Clark County; William O. Voy, Judge.

Appellant's counsel has filed a motion to withdraw the notice of appeal. Counsel advises this court that she has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20-42966

cc: Hon. William O. Voy, District Judge, Family Court Division
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk